FILED

06 SEP 11  PM 2:20

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: _____ DEPUTY

1

2

3

4

5

6

7

8                    UNITED STATES DISTRICT COURT

9                  SOUTHERN DISTRICT OF CALIFORNIA

10                 (HONORABLE MARILYN L. HUFF)

| | | |
|---|---|---|
| 11 UNITED STATES OF AMERICA, | ) | Criminal 05CR2330-MLH |
| 12                Plaintiff, | ) | |
| 13 v. | ) | **ORDER** |
| 14 CASEY TY-SHA BILLINGSLEY, | ) | |
| 15                Defendant. | ) | |

16

17      GOOD CAUSE HAVING BEEN SHOWN, IT IS HEREBY ORDERED that the motion hearing

18 date of defendant, Casey Ty-Sha Billingsley, be continued from September 11, 2006 at 9:00 a.m.. to

19 October 23, 2006 at 9:00 a.m.

20      **SO ORDERED.**

21

22 Dated: _____9/8/06_____          _____
                                    HONORABLE MARILYN L. HUFF
23                                  United States District Court Judge

24

25

26

27

28